IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SMYRNI,<br><br>    Plaintiff,<br><br>    v.<br><br>US INVESTIGATION SERVICES, LLC PLAN, et al.,<br><br>    Defendants. | No. 17-cv-00292 CW<br><br>CONDITIONAL ORDER OF DISMISSAL<br><br>(Docket No. 59) |

The Court, having been advised that the parties have agreed to a settlement of this action, hereby ORDERS that this action be dismissed with prejudice. However, if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that the agreed consideration for said settlement has not been delivered over, this Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial. All case deadlines are vacated.

IT IS SO ORDERED.

Dated: November 26, 2019

_____
CLAUDIA WILKEN
United States District Judge